■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERTO OQUENDO, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Kooper, J.), rendered December 8, 1982, convicting him of murder in the second degree, assault in the second degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Contrary to defendant's contention, his guilt was proven overwhelmingly beyond a reasonable doubt. Also, the trial court's *Sandoval* ruling, permitting inquiry into a single conviction, was not an abuse of discretion (*see, People v Williams,* 56 NY2d 236; *People v Davis,* 44 NY2d 269; *People v Sandoval,* 34 NY2d 371). To the extent that defendant's claim of ineffective assistance of counsel is based on facts outside the record, defendant's appropriate remedy is to bring a postconviction proceeding under CPL 440.10 (*see, People v Brown,* 45 NY2d 852; *People v Drummond,* 99 AD2d 760). We have considered defendant's other claims and we reject them. Gibbons, J. P., Niehoff, Rubin and Kunzeman, JJ., concur.